# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDREA CORDEL,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>IPG GIS US, INC., and INTERPUBLIC GROUP OF COMPANIES, INC.,<br><br>　　　　　　Defendants. | 8:25CV425<br><br>ORDER |

This matter is before the Court following a status conference held with counsel for the parties on October 22, 2025, during which counsel jointly notified the undersigned magistrate judge that they have settled their claims. Accordingly,

**IT IS ORDERED:**

1. On or before **November 24, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 22nd day of October, 2025.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge